**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDWARD SINGER,

    Plaintiff,

v.                                                                           Civ. No. 1:20-cv-00972 MIS/JFR

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER TO SUBMIT DISMISSAL DOCUMENTS

On September 12, 2022, the Court was informed that the parties reached a settlement agreement. Accordingly, it is **HEREBY ORDERED** that the parties submit dismissal documents no later than **Monday, November 14, 2022**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE